**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**In re: David K. Lee**                                    **Case No. 12-33692-KRH**
**Debtor**                                                              **Chapter 13**

**Alice Lyaker**

**v.**

**David K. Lee**

**ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS TO
SENSITIVE CASE INFORMATION PURSUANT TO 11 U.S.C. 107(b) AND
BANKRUPTCY RULE OF CIVIL PROCEDURE 9018**

This matter having come before the Court upon the Motion to Restrict

Access to Sensitive Case Information (the "Motion") filed by David K. Lee (the

"Debtor"); and it appearing to the Court as follows:

1.    Alice Lyaker has filed a Motion for Relief from Stay in this case.

2.    Pursuant to Order of the Court entered on February 10, 2014,

      access to this Motion was restricted.

3.    On February 18, 2014, the Debtor filed an Answer to the Motion for

      Relief from Stay and contemporaneously filed a Motion to Restrict

      Public Access to the Answer.

4.    Cause exists to grant the Motion to Restrict Public Access to the

      Answer and to the Motion to Restrict Public Access; it is therefore

**Barry W. Spear (VSB# 39152)**
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, VA 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

**ORDERED** that the Debtor's Motion to Restrict Public Access to Sensitive

Case Information Pursuant to 11 U.S.C. § 107(b) and Bankruptcy Rule of Civil

Procedure 9018 is hereby granted; and it is further

**ORDERED** that the Debtor's Answer to Alice Lyaker's Motion for Relief

from Stay (Docket Entry # 44) and Debtor's Motion to Restrict Public Access to

Sensitive Case Information (Docket Entry #45) shall be placed under seal by the

Clerk.

Date: _Feb 25 2014_____

/s/ Kevin R. Huennekens_____
U.S. Bankruptcy Judge

Entered on Docket: _2/25/14_____

I ask for this:

/s/ Barry W. Spear_____
**Barry W. Spear (VSB# 39152)**
Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588
Telephone (804) 358-9900
Counsel for Debtor

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary
parties have endorsed the above order.

/s/ Barry W. Spear___
Counsel for Debtor

## Parties to Receive Copies

Boleman Law Firm, P.C.
P. O. Box 11588
Richmond, Virginia 23230-1588

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA  23218

Martin Conway, Esquire
The Martin Conway Law Firm, PC
12934 Harbor Drive, Suite 108
Woodbridge, VA  22192

David K. Lee
10215 Guyana Court
Richmond, VA 23233